# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CLARITA BALDUGO, individually,
(Please see attachment)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),
and DOES 1 through 100,

 

**TO:** (Name and address of defendant)
Pfizer, Inc.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizmore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within  twenty   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 3 0 2008

Richard W. Wieking                                      DATE _____
CLERK

Jolen L. Almacen

_____
(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
            Date                                Signature of Server

                                                _____
                                                Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**ATTACHMENT TO SUMMONS IN A CIVIL CASE**
**PLAINTIFFS: (continued)**

SUSAN BAYLINK, individually, JANINE CAMPBELL, individually, VALERIE COATS, individually, WILMA CRAIG, individually, ROBERT HIGGINS, individually, WANDA PAYNE, individually, GENE REINDAHL, individually, RICK WOOD, as heir to decedent BEVERLY WOOD, THELMA ANDERSON, individually, EDWARD BARNES, individually, MURRY BARRETT, individually, PATRICIA BAVARDO, as heir to decedent MICHAEL BAVARDO, SALLY BYRO, individually, TIMOTHY CATON, as heir to decedent MICHAEL CATON, LOUISE CAVE, as heir to decedent CLIFFORD CAVE, SEDA DADAYAN, individually, UZUIMINDA GIBE, as heir to decedent GREGORIA DIAZ, ARTHUR FRIES, individually, UZUIMINDA GIBE, as heir to decedent AGAPITO GIBE, ELIZABETH HANCEY, as heir to decedent HELEN HANCEY, RITA JANOS, individually, JOSIF KAHRAMAN, as heir to decedent SUSAN KAHRAMAN, MYRTLE MASON, individually, DORTHY MAYFIELD, as heir to decedent CARLENIUS MAYFIELD, KAY MOORE, individually, GHOLAMALI MORADI, individually, LARRY NORMAN, SR., individually, ALEJANDRO PATRICIO, SR., individually, MICHAEL PRINCE, individually, PATRICIA REEVES, individually, NANCY ROTH, as heir to decedent HAROLD ROTH, CONSOLACION SAGISI, individually, JANE SEELEY, individually, KNARIK SHABOIAN, individually, CELIA SHIPMON, individually, VERNON SINN, individually, JOHN SMITH, individually, MICHAEL SPANGLER, individually, PATRICIA SQUALILIA, individually, JOHN STREMECKI, individually, TIMOTHY TOUCHETTE, individually, NEIL GUTMAN, as heir to decedent HAZEL WATSON, BEVERLY WHEELER, individually, BARBARA WIEMEYER, individually, MICHAEL WISE, individually, JANE ZYGAR, individually,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

CLARITA BALDUGO, individually
(Please see attachment)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),
and DOES 1 through 100,

**CV 08 2252 CRB**

TO: (Name and address of defendant)
Pharmacia Corp.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizmore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

DATE APR 3 0 2008

(BY) DEPUTY CLERK

NDCA0440

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                            Signature of Server

                                             _____
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**ATTACHMENT TO SUMMONS IN A CIVIL CASE**
**PLAINTIFFS: (continued)**

SUSAN BAYLINK, individually, JANINE CAMPBELL, individually, VALERIE COATS, individually, WILMA CRAIG, individually, ROBERT HIGGINS, individually, WANDA PAYNE, individually, GENE REINDAHL, individually, RICK WOOD, as heir to decedent BEVERLY WOOD, THELMA ANDERSON, individually, EDWARD BARNES, individually, MURRY BARRETT, individually, PATRICIA BAVARDO, as heir to decedent MICHAEL BAVARDO, SALLY BYRO, individually, TIMOTHY CATON, as heir to decedent MICHAEL CATON, LOUISE CAVE, as heir to decedent CLIFFORD CAVE, SEDA DADAYAN, individually, UZUIMINDA GIBE, as heir to decedent GREGORIA DIAZ, ARTHUR FRIES, individually, UZUIMINDA GIBE, as heir to decedent AGAPITO GIBE, ELIZABETH HANCEY, as heir to decedent HELEN HANCEY, RITA JANOS, individually, JOSIF KAHRAMAN, as heir to decedent SUSAN KAHRAMAN, MYRTLE MASON, individually, DORTHY MAYFIELD, as heir to decedent CARLENIUS MAYFIELD, KAY MOORE, individually, GHOLAMALI MORADI, individually, LARRY NORMAN, SR., individually, ALEJANDRO PATRICIO, SR., individually, MICHAEL PRINCE, individually, PATRICIA REEVES, individually, NANCY ROTH, as heir to decedent HAROLD ROTH, CONSOLACION SAGISI, individually, JANE SEELEY, individually, KNARIK SHABOIAN, individually, CELIA SHIPMON, individually, VERNON SINN, individually, JOHN SMITH, individually, MICHAEL SPANGLER, individually, PATRICIA SQUALILIA, individually, JOHN STREMECKI, individually, TIMOTHY TOUCHETTE, individually, NEIL GUTMAN, as heir to decedent HAZEL WATSON, BEVERLY WHEELER, individually, BARBARA WIEMEYER, individually, MICHAEL WISE, individually, JANE ZYGAR, individually,

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CLARITA BALDUGO, individually,
(Please see attachment)

**SUMMONS IN A CIVIL CASE**

V.

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),
and DOES 1 through 100,

CASE NUMBER:

**CV 08   CRB   2252**

TO: (Name and address of defendant)
G.D. Seale & Co.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizmore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 3 0 2008

DATE

Richard W. Wieking
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

NDCA0440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                              Signature of Server

                                                               _____
                                                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**ATTACHMENT TO SUMMONS IN A CIVIL CASE**
**PLAINTIFFS: (continued)**

SUSAN BAYLINK, individually, JANINE CAMPBELL, individually, VALERIE COATS, individually, WILMA CRAIG, individually, ROBERT HIGGINS, individually, WANDA PAYNE, individually, GENE REINDAHL, individually, RICK WOOD, as heir to decedent BEVERLY WOOD, THELMA ANDERSON, individually, EDWARD BARNES, individually, MURRY BARRETT, individually, PATRICIA BAVARDO, as heir to decedent MICHAEL BAVARDO, SALLY BYRO, individually, TIMOTHY CATON, as heir to decedent MICHAEL CATON, LOUISE CAVE, as heir to decedent CLIFFORD CAVE, SEDA DADAYAN, individually, UZUIMINDA GIBE, as heir to decedent GREGORIA DIAZ, ARTHUR FRIES, individually, UZUIMINDA GIBE, as heir to decedent AGAPITO GIBE, ELIZABETH HANCEY, as heir to decedent HELEN HANCEY, RITA JANOS, individually, JOSIF KAHRAMAN, as heir to decedent SUSAN KAHRAMAN, MYRTLE MASON, individually, DORTHY MAYFIELD, as heir to decedent CARLENIUS MAYFIELD, KAY MOORE, individually, GHOLAMALI MORADI, individually, LARRY NORMAN, SR., individually, ALEJANDRO PATRICIO, SR., individually, MICHAEL PRINCE, individually, PATRICIA REEVES, individually, NANCY ROTH, as heir to decedent HAROLD ROTH, CONSOLACION SAGISI, individually, JANE SEELEY, individually, KNARIK SHABOIAN, individually, CELIA SHIPMON, individually, VERNON SINN, individually, JOHN SMITH, individually, MICHAEL SPANGLER, individually, PATRICIA SQUALILIA, individually, JOHN STREMECKI, individually, TIMOTHY TOUCHETTE, individually, NEIL GUTMAN, as heir to decedent HAZEL WATSON, BEVERLY WHEELER, individually, BARBARA WIEMEYER, individually, MICHAEL WISE, individually, JANE ZYGAR, individually,