THOMAS V. GIRARDI – BAR NO. 36603
V. ANDRE SHERMAN – BAR NO. 198684
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| CLARITA BALDUGO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.) and DOES 1 through 100, <br><br> Defendants. | Case No. 08cv02252 <br><br> **STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that plaintiff, UZUIMINDA GIBE, as heir to decedent GREGORIA DIAZ, only, be and hereby is dismissed from the above-captioned action with prejudice pursuant to *Fed.R.Civ.Pro.* 41(a)(1).

**PLEASE TAKE NOTICE** that the above-entitled case is a multi-plaintiff action and that this dismissal pertains only to the individual plaintiff, UZUIMINDA GIBE, as heir to decedent GREGORIA DIAZ.

00261741

1

STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON

| | |
|---|---|
| 1  DATED: October 7, 2009 | **GIRARDI | KEESE** |
| 2 | |
| 3 | |
| 4 | BY: _[signature]_ |
| 5 | V. ANDRE SHERMAN |
| 6 | Attorneys for Plaintiffs |
| 7 | |
|    DATED: October 12th, 2009 | **DLA PIPER LLP** |
| 8 | |
| 9 | |
| 10 | /s/ |
|     | BY: _____ |
| 11 | MATTHEW A. HOLIAN |
| 12 | Attorneys for Defendants |
| 13 | |
| 14  IT IS SO ORDERED. | |
| 15  DATED: 10/16/09 | |
| 16 | JUDGE _[signature: Judge Charles R. Breyer]_ COURT |

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

00261741

2

**STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON**