THOMAS V. GIRARDI – BAR NO. 36603
V. ANDRE SHERMAN – BAR NO. 198684
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| CLARITA BALDUGO, et al., <br><br>Plaintiffs, <br><br>v. <br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.) and DOES 1 through 100, <br><br>Defendants. | Case No. 08cv02252 <br><br><br>**STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that plaintiff, UZUIMINDA GIBE, as heir to decedent AGAPITO GIBE, only, be and hereby is dismissed from the above-captioned action with prejudice pursuant to *Fed.R.Civ.Pro. 41(a)(1)*.

**PLEASE TAKE NOTICE** that the above-entitled case is a multi-plaintiff action and that this dismissal pertains only to the individual plaintiff, UZUIMINDA GIBE, as heir to decedent AGAPITO GIBE.

00261740

1

STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON

1  DATED: October 7, 2009                 **GIRARDI | KEESE**
2
3
4                                          BY: _____
5                                              V. ANDRE SHERMAN
                                                Attorneys for Plaintiffs
6
7  DATED: October 12th, 2009              **DLA PIPER LLP**
8
9
10                                                    /s/
                                           BY: _____
11                                              MATTHEW A. HOLIAN
12                                              Attorneys for Defendants
13
14 **IT IS SO ORDERED.**
15 DATED: 10/16/09
   _____        _____
16                                         JUDGE                    COURT
                                           *IT IS SO ORDERED*
17                                         Judge Charles R. Breyer
18
19
20
21
22
23
24
25
26
27
28

00261740                                  2

**STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON**