| | |
|---|---|
| 1 | THOMAS V. GIRARDI - BAR NO. 36603 |
| 2 | V. ANDRE SHERMAN - BAR NO. 198684<br>Girardi \| Keese |
| 3 | 1126 Wilshire Boulevard<br>Los Angeles, California 90017 |
| 4 | Telephone (213) 977-0211<br>Facsimile: (213) 481-1554 |
| 5 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-2252 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Calrita Baldugo, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Susan Baylink, Wilma Craig, Robert Higgins, Gene Reindahl, Rick Wood for Beverly Wood, Edward Barnes, Murry Barrett, Patricia Bavardo for Michael Bavardo, Sally Byro, Timothy Caton for Michael Caton, Louise Cave for Clifford Cave, Seda Dadayan, Arthur Fries, Elizabeth Hancey for Helen Hancey, Rita Janos, Dorothy Mayfield for Carlenius Mayfield, Kay Moore, Gholamali Moradi, Larry Norman, Sr., Michael Prince, Patricia Reeves, Conscolacion Sagisi, Jane Seely, Knarik Shaboian, Celia Shipmon, Vernon Sinn, Timothy Touchette, Barbara Wiemeyer, Michael Wise, and Jane Zygar in the above-entitled action and

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: Feb 2, 2010     By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010     _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE